UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| ANGELO BOTTONI, *et al.*,<br><br>    Plaintiffs,<br>v.<br><br>SALLIE MAE, INC., *et al.*,<br><br>    Defendants.<br>_____/ | No. C 10-03602 LB<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

On March 25, 2011, Sallie Mae Inc. filed a motion to dismiss the second amended complaint. ECF No. 42. On March 30, 2011, Sallie Mae re-noticed the motion for June 2, 2011. ECF No. 43. Given these developments, the court **VACATES** the case management conference scheduled for March 31, 2011.

**IT IS SO ORDERED.**

Dated: March 30, 2011

_____
LAUREL BEELER
United States Magistrate Judge

ORDER (C 10-03602 LB)