1  MCGUIREWOODS LLP
   Susan L. Germaise (State Bar No. 176595)
2  sgermaise@mcguirewoods.com
   Patricia L. Victory (State Bar No. 240114)
3  pvictory@mcguirewoods.com
   1800 Century Park East, 8th Floor
4  Los Angeles, CA  90067
   Telephone: (310) 315-8200
5  Telecopier: (310) 315-8210

6  David L. Hartsell (*pro hac vice*)
   dhartsell@mcguirewoods.com
7  77 West Wacker Drive, Ste. 4100
   Chicago, IL 60601-1818
8  Telephone:  (312) 849-8100
   Telecopier:  (312) 849-3690
9

10 Attorneys for Defendant Sallie Mae, Inc.

11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13

14

15 | ANGELO BOTTONI; PAUL ROBERTS; and TRACIE SERRANO and SHAWNEE SILVA and all others similarly situated, | CASE NO. 4:10-cv-03602-LB |
16 | | ~~[Proposed]~~ **ORDER MODIFYING SCHEDULING ORDER** |
17 | Plaintiffs, | |
18 | v. | |
19 | SALLIE MAE, INC.; and DOES 1 through 1,000 inclusive, | |
20 | | |
21 | Defendants. | |

22

23

24     BASED UPON THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED

25 that the Scheduling Order is modified as follows:

26     a.    Last date to amend pleadings shall be extended from
             January 13, 2012 to April 13, 2012; and
27 ///

28 ///

35544181.1
                                    1
CV 10-3602 LB                     Order

      b.      The Hearing on Motion for Class Certification shall be extended from March 16, 2012 to June 15, 2012.

**DATE:** 12/22/2011



_____
The Honorable Laurel Beeler
Judge Laurel Beeler

35544181.1

2

CV 10-3602 LB        Order