| | |
|---|---|
| 1 | MCGUIREWOODS LLP |
| | Susan L. Germaise (State Bar No. 176595) |
| 2 | sgermaise@mcguirewoods.com |
| | Patricia L. Victory (State Bar No. 240114) |
| 3 | pvictory@mcguirewoods.com |
| | 1800 Century Park East, 8th Floor |
| 4 | Los Angeles, CA  90067 |
| | Telephone: (310) 315-8200 |
| 5 | Telecopier: (310) 315-8210 |
| 6 | David L. Hartsell (*pro hac vice*) |
| | dhartsell@mcguirewoods.com |
| 7 | 77 West Wacker Drive, Ste. 4100 |
| | Chicago, IL 60601-1818 |
| 8 | Telephone:  (312) 849-8100 |
| | Telecopier:  (312) 849-3690 |
| 9 | |
| 10 | Attorneys for Defendant Sallie Mae, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELO BOTTONI; PAUL ROBERTS; and TRACIE SERRANO and SHAWNEE SILVA and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SALLIE MAE, INC.; and DOES 1 through 1,000 inclusive, <br><br> Defendants. | CASE NO. 3:10-cv-03602-LB <br><br> [~~Proposed~~] **ORDER APPROVING STIPULATION TO CONTINUE APRIL 26, 2012 CASE MANAGEMENT CONFERENCE** |

   IT IS HEREBY ORDERED that the Continued Case Management Conference is continued to May 31, 2012 at 10:30 a.m. in Courtroom C.

   **FCVG<"Cr tkn'47.'4234**

_____
The Honorable Laurel Beeler

38678070.1

Order