UNITED STATES DISTRICT COURT

For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| ANGELO BOTTONI, *et al.*, | No. C 10-03602 LB |
| Plaintiffs, | **ORDER** |
| v. | |
| SALLIE MAE, INC, | |
| Defendant. | |
| _____/ | |

Plaintiff shall attempt to arrange a deposition within business hours as discussed on the record. If it does not work out, the court will permit the after-hours deposition with plaintiff to bear the costs as discussed. The court expects plaintiff to try to work it out as discussed on the record.

**IT IS SO ORDERED.**

Dated: October 12, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 10-03602 LB
ORDER