GALLO LLP
Ray E. Gallo (State Bar No. 158903)
rgallo@gallo-law.com
Dominic Valerian (State Bar No. 240001)
dvalerian@gallo-law.com
1101 5th Avenue, Suite 205
San Rafael, CA 94901
Phone: (415) 397-1205
Fax: (310) 338-1199

Attorneys for Plaintiffs Angelo Bottoni, Paul Roberts, Tracie Serrano, and Shawnee Silva, on behalf of themselves and all others similarly situated.

# THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELO BOTTONI; PAUL ROBERTS; TRACIE SERRANO; and SHAWNEE SILVA for themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SALLIE MAE, INC.; and DOES 1 through 1,000, inclusive,<br><br>Defendants. | Case No.  3:10-cv-03602-LB<br><br>[PROPOSED] ORDER RE PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF FROM THE CASE MANAGEMENT SCHEDULE<br><br>Hon. Laurel Beeler |

GOOD CAUSE SHOWN it is hereby ORDERED that Plaintiffs' Motion for Administrative Relief from the Case Management Schedule is granted. The Scheduling Order is modified as follows:

| Case Event | Current Date | Proposed Date |
|---|---|---|
| Date to seek leave to add new parties or amend the pleadings | 11/23/2012 | 5/23/2013 |
| Last day to file motion for class certification | 2/28/2013 | 8/15/2013 |
| Last day to file opposition to motion for class certification | Not set | 9/12/2013 |
| Last day to file reply brief in support of class certification | Not set | 10/3/2013 |
| Last day to hear motion for class certification | 4/4/2013 | 10/17/2013 |
| Non-expert (fact) discovery completion date | 2/22/2013 | 8/22/2013 |
| Expert disclosures required by Federal Rules of Civil Procedure | 3/15/2013 | 9/15/2013 |
| Rebuttal expert disclosures | 4/26/2013 | 10/26/2013 |
| Expert discovery completion date | 5/24/2013 | 11/24/2013 |
| Last day to hear dispositive motions | 6/20/2013 at 11:00 a.m. | 12/19/2013 at 11:00 a.m. |
| Meet and confer re pretrial filings | 8/20/2013 | 2/20/2014 |
| Pretrial filings due | 8/29/2013 | 2/27/2014 |
| Oppositions, Objections, Exhibits, and Depo. Designations due | 9/5/2013 | 3/6/2014 |
| Final Pretrial Conference | 9/19/2013, at 10:30 a.m. | 3/20/2014, at 10:30 a.m. |
| Trial | 10/1/2013, at 8:30 a.m. | 4/1/2014, at 8:30 a.m. |

Dated: November 21, 2012          _____
                                  Hon. Laurel Beeler
                                  United States Magistrate Judge

Page 1

[PROPOSED] ORDER RE PLAINTIFFS' MOTION FOR ADMINISTRATIVE
RELIEF FROM THE CASE MANAGEMENT SCHEDULE