UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| ANGELO BOTTONI; PAUL ROBERTS; AND TRACIE SERRANO and SHAWNEE SILVA for themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SALLIE MAE, INC.; and DOES 1 through 1,000, inclusive,<br><br>Defendants.<br>_____/ | No. C 10-03602 LB<br><br>**ORDER VACATING PENDING HEARINGS AND TERMINATING PENDING MOTIONS**<br><br>[ECF NOS. 101 & 110] |

The parties have advised the court that they have settled the case. In light of that, the court vacates the pending motion now set for **December 13, 2012** at **11 a.m.** and sets a case management conference for **January 17, 2013** at **10:30 a.m.** If the parties file dismissal papers before then, the court will vacate the case management conference.

In light of this, the court terminates the pending motions as moot without prejudice. Should the parties not finalize a settlement, they may refile the motion and may do so by incorporating the prior docket entry by reference (as opposed to filing new motions).

This disposes of ECF Nos. 101 & 110.

**IT IS SO ORDERED.**

Dated: December 3, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 10-03602 LB (ORDER)