**GALLO LLP**
Ray E. Gallo (State Bar No. 158903); rgallo@gallo-law.com
Dominic Valerian (State Bar No. 240001); dvalerian@gallo-law.com
Patrick Chesney (State Bar No. 267587); pchesney@gallo-law.com
1101 5th Avenue, Suite 205
San Rafael, CA 94901
Phone: (415) 397-1205
Fax: (310) 338-1199

Attorneys for Plaintiffs Angelo Bottoni,  Paul
Roberts, Tracie Serrano, and Shawnee Silva, on
behalf of themselves and all others similarly situated

**MCGUIREWOODS LLP**
Susan L. Germaise (State Bar No. 176595); sgermaise@mcguirewoods.com
Patricia L. Victory (State Bar No. 240114); pvictory@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 315-8200
Telecopier: (310) 315-8210

David L. Hartsell (*pro hac vice*); dhartsell@mcguirewoods.com
Tammy Adkins (*pro hac vice*); tadkins@mcguirewoods.com
77 West Wacker Drive, Ste. 4100
Chicago, IL 60601-1818
Telephone:  (312) 849-8100
Telecopier:  (312) 849-3690

Attorneys for Defendant
Sallie Mae, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELO BOTTONI; PAUL ROBERTS; TRACIE SERRANO; and SHAWNEE SILVA for themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SALLIE MAE, INC.; and DOES 1 through 1,000, inclusive,<br><br>Defendants. | CASE NO.: 3:10-cv-03602-LB<br><br>The Honorable Laurel Beeler<br><br>**SETTLEMENT STATUS UPDATE**<br><br>ORDER |

1    Plaintiffs Angelo Bottoni, Paul Roberts, Tracie Serrano, and Shawnee Silva ("Plaintiffs") and

2    Sallie Mae, Inc. ("Defendant" or "Sallie Mae"), by and through their undersigned counsel, submit this

3    Settlement Status Update as follows:

4         1.    At the January 17, 2013 Case Management Conference, the parties advised the Court of

5    their settlement and of their anticipated final documentation of that settlement within the next week.  At

6    the parties' request, the Court set the Preliminary Approval Hearing for March 7, 2013 and a Final

7    Fairness Hearing for June 6, 2013.

8         2.    Unfortunately, to date the parties have not agreed upon the final form of their formal

9    settlement agreement.

10        3.    The parties now anticipate finalizing their settlement agreement within the next two

11   weeks.

12        4.    Accordingly, the parties ask that the Court vacate the Preliminary Approval Hearing set

13   for March 7, 2013 and the Final Fairness Hearing set for June 6, 2013, and set a telephonic status

14   conference in approximately two weeks.  At that time, the Court can either schedule preliminary and

15   final approval hearings or take such other action as then appears appropriate.

16   DATED: February 21, 2013          McGuireWoods LLP

17

18                                    By:  /s/ David L. Hartsell

19                                         David L. Hartsell
                                           Tammy L. Adkins
20                                         Attorneys for Defendant Sallie Mae, Inc.

21

22   DATED: February 21, 2013          Gallo LLP

23   Status Conference set for
     March 21, 2013 at 10:30 a.m.
24   Counsel to make the necessary arrangements    By:  /s/ Dominic Valerian
     through CourtCall.                                 Ray E. Gallo
25    Date: February 25, 2013                           Dominic Valerian
                                           Attorneys for Plaintiffs ANGELO BOTTONI,
26                                         PAUL ROBERTS, TRACIE SERRANO, and
                                           SHAWNEE SILVA, for themselves and all others
27                                         similarly situated

28

APPROVED
WBL
Judge Laurel Beeler

2

**SETTLEMENT STATUS UPDATE**
3:10-cv-03602-LB